UNITED STATES DISTRICT COURT
Northern DISTRICT, STATE OF FLORIDA
Pensacola DIVISION

**CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. §1983**

Michael Jensen

Plaintiff,

vs.

Sgt Hickey et al

Defendants.

THIRD AMENDED COMPLAINT

~~SECOND AMENDED COMPLAINT~~

Case No.: 3:15cv153/LAC/EMT

This is a civil rights action filed by Michael Jensen, a State prisoner, seeking monetary damages and injunctive relief pursuant to 42 U.S.C. §1983, alleging that officials at Blackwater River Correctional facility have violated Plaintiff's constitutional rights.

Each Defendant is being sued individually and in his/her official capacity.

At all times mentioned in this complaint, each Defendant acted under the color of state law.

### JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283, 2284; and Rule 65 of the Federal Rules of Civil Procedure.

The Northern District Pensacola Division, is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where events giving rise to this claim occurred.

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Michael R Jensen
Inmate Number: 076894
Prison or Jail: Franklin Correction Institution
Mailing Address: 1760 Highway 67 North
Carrabelle, Florida 32322

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: Sgt. F. Nickey
    Official position: Correctional Officer (Sgt.)
    Employed at: Blackwater River Correctional facility
    Mailing address: 5914 Jeff Ates Road
    Milton, Florida 32583

(2) Defendant's name: P. Young
    Official position: Correctional Officer
    Employed at: Blackwater River Correctional facility
    Mailing address: 5914 Jeff Ates Road
    Milton, Florida 32583

(3) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

(4) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

(5) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAW SUITS THAT HAVE BEEN FILED.

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. §1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

   Yes [✓]   No [ ]

   [If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes [ ]   No [✓]

IV. **PREVIOUS LAWSUITS**

   A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

      Yes [ ]   No [✓]

   B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

      Yes [ ]   No [✓]

   C. Have you initiated other actions (besides those listed above in Questions A and B) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong?
      Yes [ ]   No [✓]

3

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:

    a. Plaintiff(s):

    b. Defendant(s):

2. District and judicial division:

3. Name of judge:                                      Case #:

4. Approximate filing date:

5. If not still pending, date of dismissal:

6. Reason for dismissal:

7. Facts and claims of case:

D,  Have you ever had any action in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes [ ]       No [✓]

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)** (1) on Sunday 12/14/14 at Blackwater River Correctional facility at 1:05pm while housed in T1 120 (2) after being handcuffed and taken out of cell T1 120 Sgt Hickey enters cell T1 120 and started stripping my bunk, I ask Sgt. Hickey what is he doing? (3) Sgt. Hickey says what is this calls me back into cell, upon entering cell he attacked me by grabbing me around the throat crushing my wind pipe he pushed me backwards out of cell T1 120 hitting my head against the wall outside of cell T1 120 (4) this constitutes use of excessive force violating my 8th amendment rights this attack subjected me to great bodily injury possibly death (5) in collusion with Sgt. Hickey Olc Young made no effort to stop me from reentering cell T1 120 nor did he enter cell T1 120 behind me. (6) while hand cuffed behind my back rendering me unable to defend myself I complied with an order by Sgt Hickey to reenter cell T1 120 (7) without provocation or committing any hostile act I was attacked by Sgt Hickey putting me at risk to great bodily injury possibly death this assault by Sgt Hickey clearly violates my 8th amendment rights by use of excessive force

## STATEMENT OF CLAIM

my 8th amendment right by use of excessive force, this attack on my person by Sgt. Hickey while I was handcuffed behind my back rendering me unable to protect myself put me at risk of great bodily injury possibly death

my 8th amendment right by use of excessive force, this attack on my person by Sgt. Hickey while I was handcuffed behind my back rendering me unable to protect myself put me at risk of great bodily injury possibly death

## RELIEF REQUESTED

($10,000)
ten thousand dollars each defendant suspended as correctional officers permanently to prevent them from inflicting similar injury and abuse on other inmates

ten thousand dollars each defendant, suspended as correctional officers permanently to prevent them from inflicting similar injury and abuse on other inmates

## DECLARATION

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Signed this: 9/14/15 (Date)

_Michael R. Jensen_
(Signature of Plaintiff)

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): [✓] delivered to prison officials for mailing or [ ] deposited in the prison's internal mail system on the 17 day of September, 2015.

/s/ _Michael R. Jensen_
(Signature of Plaintiff)

PROVIDED TO FRANKLIN C!
FOR MAILING ON
9 / 17 / 15  RG

INMATE INITIALS MJ

7

MICHAEL JOHNSON T6854
FRANKLIN CORRECTIONAL INSTITUTION
1760 HWY 67 NORTH
CARRABELLE FLORIDA
32322

MAILED FROM A CORRECTIONAL FACILITY

US DISTRICT COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA
32502

LEGAL MAIL

3250234639